IN THE CIRCUIT OR SUPERIOR COURT OF CLARK COUNTY
STATE OF INDIANA

Estate of Frances E. Ogden,
Plaintiff,

v.                                                    CASE NO:

Yellow Enterprise Systems, LLC,
d/b/a Yellow Ambulance
Defendant.

## COMPLAINT

COMES NOW the plaintiff Estate of Frances Ogden, by counsel, and for her complaint for damages against the defendant states as follows:

1. That Frances Ogden was being transported by the defendant Yellow Ambulance on May 27, 2009.

2. Defendant Yellow Ambulance negligently dropped Frances Ogden.

3. As a proximate result of the negligence of the Defendant, Frances Ogden became injured which injuries ultimately led to her death and has suffered damages.

4. Stephen Ogden has been appointed personal representative of the Estate of Frances Ogden.

WHEREFORE, the plaintiff prays for an Award against the defendant in an amount that will fairly and fully compensate plaintiff for all losses, injuries and damages, for the cost of this action, and for all other just and proper relief.

Respectfully submitted,

_____
Karl Truman #11690-10
Karl Truman Law Office, LLC
420 Wall Street
Jeffersonville, Indiana 47130
812-282-8500

EXHIBIT A

IN THE CIRCUIT OR SUPERIOR COURT OF CLARK COUNTY

STATE OF INDIANA

Estate of Frances E. Ogden,
    Plaintiff,

v.                                              CASE NO:

Yellow Enterprise Systems, LLC,
d/b/a Yellow Ambulance
    Defendant.

## SUMMONS

THE STATE OF INDIANA TO RESPONDENT: Yellow Enterprise Systems, LLC

ADDRESS:  C/O Jeffrey L. Mackin
          7800 State Road 60
          Sellersburg, IN 47172

You have been sued by the person(s) named "Plaintiff", in the court stated above.
The nature of the proceedings against you is stated in the Complaint, which is attached to this Summons.

You must answer the complaint in writing to be filed with the Court, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you deny the demand and/or have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

It is suggested that you consult with an attorney of your choice regarding this matter.
The following manner of service of summons is hereby designated: CERTIFIED MAIL

Date: 9/31, 2010

_____
Karl N. Truman #11690-10
Karl Truman Law Office, LLC
420 Wall Street
Jeffersonville, IN 47130
(812) 282-8500

                                    _____
                                    Clerk of Clark County Circuit Court

### RETURN OF SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

(1) By delivering a copy of the Summons and a copy of the complaint to the Defendant, on the day of _____, 2005.

(2) by leaving a copy of the summons and a copy of the complaint at , the dwelling place or usual place of abode of the said Defendant, with a person of suitable age, and discretion residing therein, namely:_____

(3)_____

Sheriff's Fees:_____
Additional:_____

State of Indiana

by:_____

### CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2005, I mailed a copy of this summons and a copy of the complaint to the Defendant, , by certified mail, requesting a receipt, at the address furnished by the Plaintiff.

Clerk of the /Circuit Superior Court
of Clark County, State of Indiana

Dated:_____, 2005.

### RETURN OF SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Defendant was accepted by the Defendant on the _____ day of _____, 2005.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint was returned not accepted on the _____ day of _____, 2005.

I hereby certify that the attached return receipt was received by me showing that the summons and a copy of the complaint mailed to Defendant was accepted by _____, on behalf of said Defendant on the _____ day of _____, 2005.

Clerk of the Circuit/Superior Court of
Clark County, State of Indiana

IN THE CIRCUIT OR SUPERIOR COURT OF CLARK COUNTY

STATE OF INDIANA

Estate of Frances E. Ogden,
    Plaintiff,

v.                                   CASE NO.

Yellow Enterprise Systems, LLC
d/b/a Yellow Ambulance,
    Defendant.

**APPEARANCE FORM (CIVIL)**
Initiating Party

1. Estate of Frances E. Ogden      2. _____
Name of first initiating party          Telephone of pro se initiating party
(Supply names of additional responding parties on continuation page.)

3. Attorney information (as applicable for service of process):

    Name: Karl Truman          Atty. Number: #11690-10
    Address: 420 Wall Street      Phone: (812) 282-8500
             Jeffersonville, IN 47130   FAX: (812) 282-5388
            Computer Address: karltruman@trumanlaw.com
(Supply information for additional attorneys on continuation page.)
    Name: Matthew Forsythe      Atty. Number: #21488-49
    Address: 420 Wall Street      Phone: (812) 282-8500
             Jeffersonville, IN 47130   FAX: (812) 282-5388
            Computer Address: matthewforsythe@trumanlaw.com

4. Case Type requested: Civil Tort     5. Will accept FAX service: Yes ___ No _X_
    [See Administrative Rule 8(b)(3)]
5. Additional information required by state or local rule

**CERTIFICATE OF SERVICE**

    The undersigned does hereby certify that he has on this, the 30th day of August, 2010, served a copy of the above and foregoing by placing a copy of same in the United States Mail properly addressed and postage prepaid, to:

Jeffrey L. Mackin
7800 State Road 60
Sellersburg, IN 47172

                                                  _____
                                                  Counsel for Plaintiff