# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### NEW ALBANY DIVISION

| | | |
|---|---|---|
| **ESTATE OF FRANCES E. OGDEN**, | ) | **CASE NO. 4:10-CV-0119** |
| Plaintiff, | ) | |
| | ) | **JUDGE SARAH EVANS BARKER** |
| v. | ) | |
| | ) | |
| **YELLOW ENTERPRISE SYSTEMS, LLC** | ) | |
| d/b/a **YELLOW AMBULANCE** | ) | **MAGISTRATE WILLIAM G. HUSSMANN** |
| Defendant. | ) | |
| | ) | **ELECTRONICALLY FILED** |

## JOINT STIPULATION AND AGREED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.Pro. 41(a) and upon agreement of Plaintiff, Estate of Frances E. Ogden, through the Estate's personal representative Stephen Ogden, and Defendant Yellow Enterprise Systems, LLC d/b/a Yellow Ambulance Services, by counsel, hereby stipulate that they have agreed to a settlement of litigation and Plaintiff's claims against Defendant are dismissed with prejudice.

SO ORDERED this **28th** day of **January**, 2011.

_____
WILLIAM G. HUSSMANN, JR.
Magistrate Judge

HAVE SEEN AND AGREED TO:

s/ William K. Oldham
William K. Oldham
Tara J. Clayton
MIDDLETON REUTLINGER
401 S. Fourth Street
2500 Brown & Williamson Tower
Louisville, Kentucky 40202
(502) 584-1135
(502) 561-0442 (fax)
woldham@middreut.com
tclayton@middreut.com
Counsel for Defendant


s/ Karl N. Truman (with permission)
Karl N. Truman
KARL TRUMAN LAW OFFICE, LLC
420 Wall Street
Jeffersonville, Indiana 47130
Counsel for Plaintiff